FILED
2010 APR 19   A 9:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10   80 0 88 MISC
VRW

Armando Rodriguez Venegas - #100422

_____/

**ORDER TO SHOW CAUSE**

It appearing that Armando Rodriguez Venegas has been suspended for six months by the

Supreme Court of California effective March 5, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be

suspended from the practice of law before this court.

Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Armando Rodriguez Venegas
Attorney At Law
Venegas Law Office
595 Park Ave #103
San Jose, CA 95110

United States District Court
For the Northern District of California