FILED

2010 MAY 17 P 2:54

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA SJ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

No CV 10 80088 MISC VRW

Armando Rodriguez Venegas,

State Bar No 100422          ORDER

_____/

        On April 19, 2010, the court issued an order to show cause (OSC) why Armando Rodriguez Venegas should not be removed from the roll of attorneys authorized to practice law before this court, based upon his six month suspension by the Supreme Court of California, effective March 5, 2010.

        The OSC was mailed to Mr Venegas' address of record with the State Bar on April 20, 2010. On May 7, 2010, Mr Venegas filed a lengthy document purporting to be a response to the OSC. This document fails to state any valid reason why Mr Venegas should remain on the roll of attorneys allowed to practice before this court.

        Because eligibility for membership in the bar of this court is confined to "active member[s] in good standing of the State Bar of California," Civil L R 11-1(b), Mr Venegas is not eligible to practice in this court while not in good standing of the State Bar.

Armando Rodriguez Venegas will not be authorized to practice before this court until such time as he petitions for reinstatement following his return to good standing of the State Bar of California.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Armando R. Venegas,

_____/

Case Number: C 10-80088 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando Rodriguez Venegas
Venegas Law Office
595 Park Ave
Suite 103
San Jose, CA 95110

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*