IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In the Matter of:　　　　　　　　　　　　　NO. C 10-80088 MISC JW

**ORDER OF REINSTATEMENT**

Armando Rodriguez Venegas,

　　　State Bar No. 100422.
　　　　　　　　　　　　　　　　　　　　/

　　　On May 17, 2010, this Court issued an order to remove Armando Rodriguez Venegas from the roll of attorneys authorized to practice law before this Court, based on his suspension by the State Bar of California, effective March 5, 2010.

　　　On October 19, 2011, Mr. Venegas provided proof of reinstatement by the State Bar effective February 9, 2012.

　　　The Court now orders Mr. Venegas placed back on the roll of attorneys authorized to practice before this Court. The Clerk is directed to close the file.

　　　IT IS SO ORDERED.

Dated: April 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

armandovenegas63@yahoo.com

**Dated: April 4, 2012**                         **Richard W. Wieking, Clerk**

                                                 **By:     /s/ JW Chambers**
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**